UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>KAREEM ANTOINE TURNER and ALEXANDER DARAVINA,<br><br>Defendants. | 26 Cr. 381 (JHR)<br><br><u>ORDER</u> |

JENNIFER H. REARDEN, District Judge:

The arraignments of Defendants Kareem Antoine Turner and Alexander Daravina will be conducted on **September 8, 2026** at **2:45 p.m.** in Courtroom 12B of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007. Immediately following the arraignments, an initial conference will be held.

At the conference, the Government shall recite the procedural history of this case, outline the nature of the evidence it intends to offer at any trial, and propose a schedule for the production of discovery materials. Counsel for the parties shall consult in advance to agree, if possible, on a schedule for motions and the exchange of expert statements.

SO ORDERED.

Dated: September 2, 2026
New York, New York

Jennifer H. Rearden

JENNIFER H. REARDEN
United States District Judge